IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANTHONY LAURY, a Minor, and
through NANCY LAURY, as Mother
and Next Friend and NANCY
LAURY, Individually**                                                   **PLAINTIFFS**

V.                                                        Civil Action No.  3:05cv00147-HTW-JCS

**JOHN DOE and
SAFECO INSURANCE COMPANY
OF AMERICA**                                                                                  **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on before the Court on the motion of the Plaintiffs to dismiss this cause, as to Safeco Insurance Company of America, with prejudice, and the Court having been apprised that these parties have reached an amicable and agreeable resolution of their differences finds that Plaintiffs' motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause should be and hereby is dismissed with prejudice as to Safeco Insurance Company of America, with the parties to bear their respective costs and with the understanding that no party will file a bill to tax costs.

**SO ORDERED AND ADJUDGED this the 29th day of May, 2008.**

                                                        **s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**

AGREED AND APPROVED:
/s/ J.C. Patton, Jr.
J. C. PATTON, JR. (MSB#    )
Attorney for Plaintiff

/s/ Jan F. Gadow
JAN F. GADOW (MSB #8850)
Attorney for Defendant